**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS LOCAL 60 BENEFITS FUND, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ATKORE INC., WILLIAM E. WALTZ JR., JOHN M. DEITZER, and DAVID P. JOHNSON,<br><br>Defendants. | Case No. 1:25-cv-01851<br><br>Honorable John J. Tharp, Jr. |
| KING P. COLES, II, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ATKORE, INC., WILLIAM E. WALTZ, DAVID P. JOHNSON, and JOHN M. DEITZER,<br><br>Defendants. | Case No. 1:25-cv-02686<br><br>Honorable John F. Kness |

**[PROPOSED] ORDER APPOINTING NYKREDIT PORTEFØLJE ADMINISTRATION A/S AS LEAD PLAINTIFF, APPROVING ITS SELECTION OF LEAD COUNSEL, <u>AND CONSOLIDATING RELATED ACTIONS</u>**

Upon consideration of: (i) the Motion of Nykredit Portefølje Administration A/S ("Nykredit") for Appointment as Lead Plaintiff, Approval of its Selection of Lead Counsel, and Consolidation of Related Actions; (ii) the Memorandum of Law in support thereof; (iii) the Declaration of Avi Josefson; and (iv) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1.      Nykredit's Motion is **GRANTED**.

2.      Nykredit is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated pursuant to paragraphs 4 and 5 of this Order.

3.      Nykredit's selection of Lead Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP is **APPOINTED** as Lead Counsel for the Class.

4.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"), *Coles v. Atkore, Inc.*, No. 1:25-cv-02686 (N.D. Ill.) is consolidated with *Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund v. Atkore Inc.*, No. 1:25-cv-01851 (N.D. Ill.) (collectively, the "Consolidated Action").

5.      Pursuant to Rule 42(a), any subsequently filed, removed, or transferred actions that are related to the claims asserted in the Consolidated Action are **CONSOLIDATED** for all purposes.

6.      The Consolidated Action shall be captioned "*In re Atkore Inc. Securities Litigation*," and the file shall be maintained under Master File No. 1:25-cv-01851.


**IT IS SO ORDERED**.

Dated: _____, 2025

_____
HON. JOHN J. THARP, JR.
UNITED STATES DISTRICT JUDGE

2