**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS LOCAL 60 BENEFITS FUND, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ATKORE INC., WILLIAM E. WALTZ JR., JOHN M. DEITZER, and DAVID P. JOHNSON,<br><br>Defendants. | Case No. 1:25-cv-01851<br><br>Honorable John J. Tharp, Jr. |
| KING P. COLES, II, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ATKORE, INC., WILLIAM E. WALTZ, DAVID P. JOHNSON, and JOHN M. DEITZER,<br><br>Defendants. | Case No. 1:25-cv-02686<br><br>Honorable John F. Kness |

**DECLARATION OF AVI JOSEFSON IN SUPPORT OF THE MOTION OF NYKREDIT PORTEFØLJE ADMINISTRATION A/S FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

I, Avi Josefson, declare as follows:

1. I am a member in good standing of the bars of the State of Illinois and of this Court. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"). I submit this declaration in support of the Motion of Nykredit Portefølje Administration A/S ("Nykredit") for the entry of an order: (1) appointing Nykredit as Lead Plaintiff in the above-captioned related securities class actions (the "Actions"); (2) approving Nykredit's selection of Bernstein Litowitz as Lead Counsel for the Class; (3) consolidating the Actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (4) granting any further relief as the Court may deem just and proper.

2. Attached as Exhibits A through F are true and correct copies of the following documents:

| | |
|---|---|
| EXHIBIT A: | Certification of Nykredit; |
| EXHIBIT B: | Chart of transactions and losses of Nykredit; |
| EXHIBIT C: | Notice of pendency of *Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund v. Atkore Inc.*, No. 1:25-cv-01851 (N.D. Ill.), published on *Globe Newswire* on February 22, 2025; |
| EXHIBIT D: | Notice of pendency of *Coles v. Atkore, Inc.*, No. 1:25-cv-02686 (N.D. Ill.), published on *Business Wire* on March 14, 2025; |
| EXHIBIT E: | Assignments and Powers of Attorney; and |
| EXHIBIT F: | Firm Résumé of Bernstein Litowitz. |

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: April 23, 2025  
   Chicago, Illinois

*/s/ Avi Josefson*  
Avi Josefson (Bar No. 6272453)