# EXHIBIT A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

We, the undersigned representatives of Nykredit Portefølje Administration A/S ("Nykredit"), acting on behalf of the entities listed in Schedule A (the "Funds"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. We are authorized to execute this Certification on behalf of Nykredit. We have reviewed a complaint filed in this matter. Nykredit has authorized the filing of this motion for appointment as lead plaintiff.

2. We are duly authorized to institute legal action on behalf of Nykredit and the Funds. Nykredit is litigating the claims of the Funds pursuant to assignments.

3. Neither Nykredit nor the Funds purchased the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4. Nykredit is willing to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. Nykredit fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act of 1995, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

5. The Funds' transactions in the Atkore Inc. securities that are the subject of this action are set forth in Schedule A attached hereto.

6. Nykredit has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

7. Nykredit will not accept any payment for serving as a representative party on behalf of the class beyond Nykredit's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered or approved by the Court.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14 day of April, 2025.


**Jakob Niss Arfelt**
*COO*

Marcus Holm Otte
Portfolio Manager
*Nykredit Portefølje Administration A/S*

## SCHEDULE A

### Investeringsforeningen Multi Manager Invest
### Transactions in Atkore Inc.

| Account | Transaction | Date | Shares | Price |
|---------|-------------|------|--------|-------|
| Investeringsforeningen Multi Manager Invest, sub fund Globale Aktier akk. | Purchase | 4/18/2024 | 1,815 | 171.3636 |
| | Purchase | 4/19/2024 | 1,965 | 171.3247 |
| | Purchase | 4/19/2024 | 1,021 | 171.2658 |
| | Purchase | 4/22/2024 | 2,354 | 173.5708 |
| | Purchase | 4/23/2024 | 792 | 179.5146 |
| | Purchase | 4/23/2024 | 331 | 176.6850 |
| | Purchase | 4/24/2024 | 1,371 | 179.0027 |
| | Purchase | 4/25/2024 | 1,271 | 177.8872 |
| | Purchase | 4/26/2024 | 647 | 182.5947 |
| | Purchase | 4/29/2024 | 1,035 | 183.4472 |
| | Purchase | 4/30/2024 | 4,251 | 176.8369 |
| | Purchase | 4/30/2024 | 1,442 | 177.2802 |
| | Purchase | 5/1/2024 | 3,705 | 175.0715 |
| | Purchase | 5/2/2024 | 812 | 175.7400 |
| | Purchase | 5/2/2024 | 3,277 | 175.3045 |
| | Purchase | 5/21/2024 | 5,333 | 153.9783 |
| | Purchase | 5/21/2024 | 6,288 | 154.5015 |
| | Purchase | 5/21/2024 | 2,089 | 153.7000 |
| | Purchase | 5/22/2024 | 4,768 | 155.6160 |
| | Purchase | 5/23/2024 | 6,147 | 153.8900 |
| | Sale | 5/29/2024 | (1,097) | 151.0400 |
| Investeringsforeningen Multi Manager Invest, sub fund Globale Aktier | Purchase | 4/18/2024 | 1,437 | 171.3636 |
| | Purchase | 4/19/2024 | 808 | 171.2658 |
| | Purchase | 4/19/2024 | 1,555 | 171.3247 |
| | Purchase | 4/22/2024 | 1,863 | 173.5708 |
| | Purchase | 4/23/2024 | 262 | 176.6850 |
| | Purchase | 4/23/2024 | 627 | 179.5146 |
| | Purchase | 4/24/2024 | 1,085 | 179.0027 |
| | Purchase | 4/25/2024 | 1,006 | 177.8872 |
| | Purchase | 4/26/2024 | 512 | 182.5947 |

**Investeringsforeningen Multi Manager Invest**
**Transactions in Atkore Inc.**

| Account | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| | Purchase | 4/29/2024 | 819 | 183.4472 |
| | Purchase | 4/30/2024 | 1,142 | 177.2802 |
| | Purchase | 4/30/2024 | 3,364 | 176.8369 |
| | Purchase | 5/1/2024 | 2,932 | 175.0715 |
| | Purchase | 5/2/2024 | 2,593 | 175.3045 |
| | Purchase | 5/2/2024 | 643 | 175.7400 |
| | Purchase | 5/21/2024 | 4,275 | 153.9783 |
| | Purchase | 5/21/2024 | 5,041 | 154.5015 |
| | Purchase | 5/21/2024 | 1,674 | 153.7000 |
| | Purchase | 5/22/2024 | 3,822 | 155.6160 |
| | Purchase | 5/23/2024 | 4,927 | 153.8900 |
| | Purchase | 8/27/2024 | 10,284 | 96.5288 |
| | Purchase | 1/28/2025 | 2,333 | 80.9823 |
| | Sale | 1/22/2025 | (1,533) | 87.3500 |

**Investeringsforeningen Nykredit Invest Engros**
**Transactions in Atkore Inc.**

| Account | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| Investeringsforeningen Nykredit Invest Engros, sub fund Globale Aktier | Purchase | 4/18/2024 | 650 | 171.3636 |
| | Purchase | 4/19/2024 | 366 | 171.2658 |
| | Purchase | 4/19/2024 | 704 | 171.3247 |
| | Purchase | 4/22/2024 | 843 | 173.5708 |
| | Purchase | 4/23/2024 | 118 | 176.6850 |
| | Purchase | 4/23/2024 | 284 | 179.5146 |
| | Purchase | 4/24/2024 | 491 | 179.0027 |
| | Purchase | 4/25/2024 | 455 | 177.8872 |
| | Purchase | 4/26/2024 | 232 | 182.5947 |
| | Purchase | 4/29/2024 | 371 | 183.4472 |
| | Purchase | 4/30/2024 | 1,522 | 176.8369 |
| | Purchase | 4/30/2024 | 517 | 177.2802 |
| | Purchase | 5/1/2024 | 1,327 | 175.0715 |
| | Purchase | 5/2/2024 | 291 | 175.7400 |
| | Purchase | 5/2/2024 | 1,173 | 175.3045 |
| | Purchase | 5/8/2024 | 707 | 156.4371 |
| | Purchase | 5/21/2024 | 1,934 | 153.9783 |
| | Purchase | 5/21/2024 | 2,281 | 154.5015 |
| | Purchase | 5/21/2024 | 758 | 153.7000 |
| | Purchase | 5/22/2024 | 1,729 | 155.6160 |
| | Purchase | 5/23/2024 | 2,229 | 153.8900 |
| | Purchase | 8/23/2024 | 4,618 | 101.0442 |
| | Purchase | 9/3/2024 | 2,029 | 90.1612 |
| | Purchase | 10/8/2024 | 2,298 | 84.4500 |
| | Purchase | 12/18/2024 | 1,987 | 83.3369 |
| | Sale | 1/21/2025 | (3,464) | 88.1800 |
| | Sale | 1/23/2025 | (5,750) | 86.6400 |