# EXHIBIT B

**Nykredit Portefølje Administration A/S**

LIFO Loss in Atkore Inc. (ATKR)

Class Period: 08/02/22 - 02/03/25

CUSIP: 047649108

Retained share price: $62.7344 (02/04/25 - 04/22/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **Investeringsforeningen Multi Manager Invest, sub fund Globale Aktier akk.** | | | | | | | | | |
| Purchase | 4/18/2024 | 1,815 | 171.3636 | $311,024.93 | | | | | |
| Purchase | 4/19/2024 | 1,965 | 171.3247 | $336,653.04 | | | | | |
| Purchase | 4/19/2024 | 1,021 | 171.2658 | $174,862.38 | | | | | |
| Purchase | 4/22/2024 | 2,354 | 173.5708 | $408,585.66 | | | | | |
| Purchase | 4/23/2024 | 792 | 179.5146 | $142,175.56 | | | | | |
| Purchase | 4/23/2024 | 331 | 176.6850 | $58,482.74 | | | | | |
| Purchase | 4/24/2024 | 1,371 | 179.0027 | $245,412.70 | | | | | |
| Purchase | 4/25/2024 | 1,271 | 177.8872 | $226,094.63 | | | | | |
| Purchase | 4/26/2024 | 647 | 182.5947 | $118,138.77 | | | | | |
| Purchase | 4/29/2024 | 1,035 | 183.4472 | $189,867.85 | | | | | |
| Purchase | 4/30/2024 | 4,251 | 176.8369 | $751,733.66 | | | | | |
| Purchase | 4/30/2024 | 1,442 | 177.2802 | $255,638.05 | | | | | |
| Purchase | 5/1/2024 | 3,705 | 175.0715 | $648,639.91 | | | | | |
| Purchase | 5/2/2024 | 812 | 175.7400 | $142,700.88 | | | | | |
| Purchase | 5/2/2024 | 3,277 | 175.3045 | $574,472.85 | | | | | |
| Purchase | 5/21/2024 | 5,333 | 153.9783 | $821,166.27 | | | | | |
| Purchase | 5/21/2024 | 6,288 | 154.5015 | $971,505.43 | | | | | |
| Purchase | 5/21/2024 | 2,089 | 153.7000 | $321,079.30 | Sale | 5/29/2024 | (1,097) | 151.0400 | ($165,690.88) |
| Purchase | 5/22/2024 | 4,768 | 155.6160 | $741,977.09 | | | | | |
| Purchase | 5/23/2024 | 6,147 | 153.8900 | $945,961.83 | Retained | | (49,617) | 62.7344 | ($3,112,694.93) |
| | | 50,714 | | $8,386,173.54 | | | (50,714) | | ($3,278,385.81) |

**Investeringsforeningen Multi Manager Invest, sub fund Globale Aktier akk. Loss    ($5,107,787.73)**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **Investeringsforeningen Multi Manager Invest, sub fund Globale Aktier** | | | | | | | | | |
| Purchase | 4/18/2024 | 1,437 | 171.3636 | $246,249.49 | | | | | |
| Purchase | 4/19/2024 | 808 | 171.2658 | $138,382.77 | | | | | |
| Purchase | 4/19/2024 | 1,555 | 171.3247 | $266,409.91 | | | | | |
| Purchase | 4/22/2024 | 1,863 | 173.5708 | $323,362.40 | | | | | |
| Purchase | 4/23/2024 | 262 | 176.6850 | $46,291.47 | | | | | |
| Purchase | 4/23/2024 | 627 | 179.5146 | $112,555.65 | | | | | |
| Purchase | 4/24/2024 | 1,085 | 179.0027 | $194,217.93 | | | | | |
| Purchase | 4/25/2024 | 1,006 | 177.8872 | $178,954.52 | | | | | |

**Nykredit Portefølje Administration A/S**

LIFO Loss in Atkore Inc. (ATKR)
Class Period: 08/02/22 - 02/03/25
CUSIP: 047649108
Retained share price: $62.7344 (02/04/25 - 04/22/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 4/26/2024 | 512 | 182.5947 | $93,488.49 | | | | | |
| Purchase | 4/29/2024 | 819 | 183.4472 | $150,243.26 | | | | | |
| Purchase | 4/30/2024 | 1,142 | 177.2802 | $202,453.99 | | | | | |
| Purchase | 4/30/2024 | 3,364 | 176.8369 | $594,879.33 | | | | | |
| Purchase | 5/1/2024 | 2,932 | 175.0715 | $513,309.64 | | | | | |
| Purchase | 5/2/2024 | 2,593 | 175.3045 | $454,564.57 | | | | | |
| Purchase | 5/2/2024 | 643 | 175.7400 | $113,000.82 | | | | | |
| Purchase | 5/21/2024 | 4,275 | 153.9783 | $658,257.23 | | | | | |
| Purchase | 5/21/2024 | 5,041 | 154.5015 | $778,842.06 | | | | | |
| Purchase | 5/21/2024 | 1,674 | 153.7000 | $257,293.80 | | | | | |
| Purchase | 5/22/2024 | 3,822 | 155.6160 | $594,764.35 | | | | | |
| Purchase | 5/23/2024 | 4,927 | 153.8900 | $758,216.03 | Sale | 1/22/2025 | (1,533) | 87.3500 | ($133,907.55) |
| Purchase | 8/27/2024 | 10,284 | 96.5288 | $992,702.18 | | | | | |
| Purchase | 1/28/2025 | 2,333 | 80.9823 | $188,931.71 | Retained | | (51,471) | 62.7344 | ($3,229,004.59) |
| | | 53,004 | | $7,857,371.60 | | | (53,004) | | ($3,362,912.14) |

**Investeringsforeningen Multi Manager Invest, sub fund Globale Aktier Loss**     **($4,494,459.46)**

**Investeringsforeningen Nykredit Invest Engros, sub fund Globale Aktier**

| Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|
| Purchase | 4/18/2024 | 650 | 171.3636 | $111,386.34 |
| Purchase | 4/19/2024 | 366 | 171.2658 | $62,683.28 |
| Purchase | 4/19/2024 | 704 | 171.3247 | $120,612.59 |
| Purchase | 4/22/2024 | 843 | 173.5708 | $146,320.18 |
| Purchase | 4/23/2024 | 118 | 176.6850 | $20,848.83 |
| Purchase | 4/23/2024 | 284 | 179.5146 | $50,982.15 |
| Purchase | 4/24/2024 | 491 | 179.0027 | $87,890.33 |
| Purchase | 4/25/2024 | 455 | 177.8872 | $80,938.68 |
| Purchase | 4/26/2024 | 232 | 182.5947 | $42,361.97 |
| Purchase | 4/29/2024 | 371 | 183.4472 | $68,058.91 |
| Purchase | 4/30/2024 | 1,522 | 176.8369 | $269,145.76 |
| Purchase | 4/30/2024 | 517 | 177.2802 | $91,653.86 |
| Purchase | 5/1/2024 | 1,327 | 175.0715 | $232,319.88 |
| Purchase | 5/2/2024 | 291 | 175.7400 | $51,140.34 |
| Purchase | 5/2/2024 | 1,173 | 175.3045 | $205,632.18 |
| Purchase | 5/8/2024 | 707 | 156.4371 | $110,601.03 |

**Nykredit Portefølje Administration A/S**
LIFO Loss in Atkore Inc. (ATKR)
Class Period: 08/02/22 - 02/03/25
CUSIP: 047649108
Retained share price: $62.7344 (02/04/25 - 04/22/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/21/2024 | 1,934 | 153.9783 | $297,794.03 | | | | | |
| Purchase | 5/21/2024 | 2,281 | 154.5015 | $352,417.92 | | | | | |
| Purchase | 5/21/2024 | 758 | 153.7000 | $116,504.60 | | | | | |
| Purchase | 5/22/2024 | 1,729 | 155.6160 | $269,060.06 | | | | | |
| Purchase | 5/23/2024 | 2,229 | 153.8900 | $343,020.81 | | | | | |
| Purchase | 8/23/2024 | 4,618 | 101.0442 | $466,622.12 | Sale | 1/21/2025 | (3,464) | 88.1800 | ($305,455.52) |
| Purchase | 9/3/2024 | 2,029 | 90.1612 | $182,937.07 | Sale | 1/23/2025 | (5,750) | 86.6400 | ($498,180.00) |
| Purchase | 10/8/2024 | 2,298 | 84.4500 | $194,066.10 | | | | | |
| Purchase | 12/18/2024 | 1,987 | 83.3369 | $165,590.42 | Retained | | (20,700) | 62.7344 | ($1,298,603.00) |
| | | 29,914 | | $4,140,589.45 | | | (29,914) | | ($2,102,238.52) |

**Investeringsforeningen Nykredit Invest Engros, sub fund Globale Aktier Loss**   **($2,038,350.93)**

**NYKREDIT PORTEFØLJE ADMINISTRATION A/S LOSS**   **($11,640,598.11)**