# EXHIBIT E

## ASSIGNMENT AND POWER OF ATTORNEY BY
## INVESTERINGSFORENINGEN MULTI MANAGER INVEST
## TO NYKREDIT PORTEFØLJE ADMINISTRATION A/S

We, the undersigned representatives of Nykredit Portefølje Administration A/S ("Nykredit") and Investeringsforeningen Multi Manager Invest ("IMMI"), hereby state as follows:

1. We, the undersigned representatives of Nykredit, have personal knowledge of all matters stated herein. We are authorized to enter into this assignment and power of attorney on behalf of Nykredit.

2. We, the undersigned representatives of IMMI, have personal knowledge of all matters stated herein. We are authorized to enter into this assignment and power of attorney on behalf of IMMI.

3. IMMI hereby assigns, transfers, and sets over to Nykredit for purposes of collection all rights, title, and interest of IMMI in claims, demands, or causes of action ("Claims") that it has or may have against any and all persons under any applicable law (including, but not limited to, federal and state securities laws and common law) arising from the purchase or sale of the securities of Atkore Inc. (the "Company") by IMMI. Further, IMMI hereby appoints Nykredit as its true and lawful attorney-in-fact for the purpose of exercising the following powers:

 a. To do all acts necessary for the purpose of recovering damages for losses suffered by IMMI on the Company's securities, including but not limited to serving as a lead plaintiff in a securities class action.

 b. To enter into any discussions or other activities on behalf of IMMI in connection with attempting to resolve the Claims, including, without limitation, selecting and retaining legal counsel, and filing and prosecuting court or regulatory proceedings in its interests. IMMI agrees to be bound by final determinations in court and regulatory proceedings prosecuted by Nykredit in its interests.

 c. To sign, on behalf of IMMI, settlement agreements, releases, or other documents relating to the settlement of the Claims. IMMI hereby agrees to be bound by any settlement, compromise, or release reached by Nykredit on its behalf and that any document executed in connection with any such settlement, compromise, or release by Nykredit on behalf of IMMI shall be binding on IMMI.

4. IMMI specifically acknowledges and confirms that no person or entity who shall pay to Nykredit (or its assignee) amounts relating in any way to IMMI's damages for losses suffered on the Company's securities shall be liable to IMMI to the extent of any amounts so paid, unless the person or entity making such payment has actual knowledge that the authority granted to Nykredit by this assignment has been properly revoked. This assignment and power of attorney (which is coupled with an interest) may not be revoked without the written consent of the attorney-in-fact.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ⟨14⟩ day of April, 2025.

**For Investeringsforeningen Multi Manager Invest (Assignor):**

Jakob Niss Arfelt
*COO*

Marcus Holm Otte
Portfolio Manager

**For Nykredit Portefølje Administration A/S (Assignee):**

**Kevin Rasmussen**
*Portfolio Manager*

**Line Geisler Havelund**
*Head of Fund Legal*

### ASSIGNMENT AND POWER OF ATTORNEY BY
### INVESTERINGSFORENINGEN NYKREDIT INVEST ENGROS
### TO NYKREDIT PORTEFØLJE ADMINISTRATION A/S

We, the undersigned representatives of Nykredit Portefølje Administration A/S ("Nykredit") and Investeringsforeningen Nykredit Invest Engros ("INIE"), hereby state as follows:

1.     We, the undersigned representatives of Nykredit, have personal knowledge of all matters stated herein. We are authorized to enter into this assignment and power of attorney on behalf of Nykredit.

2.     We, the undersigned representatives of INIE, have personal knowledge of all matters stated herein. We are authorized to enter into this assignment and power of attorney on behalf of INIE.

3.     INIE hereby assigns, transfers, and sets over to Nykredit for purposes of collection all rights, title, and interest of INIE in claims, demands, or causes of action ("Claims") that it has or may have against any and all persons under any applicable law (including, but not limited to, federal and state securities laws and common law) arising from the purchase or sale of the securities of Atkore Inc. (the "Company") by INIE. Further, INIE hereby appoints Nykredit as its true and lawful attorney-in-fact for the purpose of exercising the following powers:

   a. To do all acts necessary for the purpose of recovering damages for losses suffered by INIE on the Company's securities, including but not limited to serving as a lead plaintiff in a securities class action.

   b. To enter into any discussions or other activities on behalf of INIE in connection with attempting to resolve the Claims, including, without limitation, selecting and retaining legal counsel, and filing and prosecuting court or regulatory proceedings in its interests. INIE agrees to be bound by final determinations in court and regulatory proceedings prosecuted by Nykredit in its interests.

   c. To sign, on behalf of INIE, settlement agreements, releases, or other documents relating to the settlement of the Claims. INIE hereby agrees to be bound by any settlement, compromise, or release reached by Nykredit on its behalf and that any document executed in connection with any such settlement, compromise, or release by Nykredit on behalf of INIE shall be binding on INIE.

4.     INIE specifically acknowledges and confirms that no person or entity who shall pay to Nykredit (or its assignee) amounts relating in any way to INIE's damages for losses suffered on the Company's securities shall be liable to INIE to the extent of any amounts so paid, unless the person or entity making such payment has actual knowledge that the authority granted to Nykredit by this assignment has been properly revoked. This assignment and power of attorney (which is coupled with an interest) may not be revoked without the written consent of the attorney-in-fact.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14 day of April, 2025.

**For Investeringsforeningen Nykredit Invest Engros (Assignor):**

Jakob Niss Arfelt
COO

Marcus Holm Otte
Portfolio Manager

**For Nykredit Portefølje Administration A/S (Assignee):**

**Kevin Rasmussen**
*Portfolio Manager*

**Line Geisler Havelund**
*Head of Fund Legal*