**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS LOCAL 60 BENEFITS FUND, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ATKORE INC., WILLIAM E. WALTZ JR., JOHN M. DEITZER, and DAVID P. JOHNSON,<br><br>Defendants. | Case No.: 1:25-cv-01851<br><br>Hon. John J. Tharp, Jr.<br><br><u>CLASS ACTION</u> |
| KING P. COLES, II, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ATKORE INC., WILLIAM E. WALTZ JR., JOHN M. DEITZER, and DAVID P. JOHNSON,<br><br>Defendants. | Case No.: 1:25-cv-02686<br><br>Hon. John F. Kness<br><br><u>CLASS ACTION</u> |

**MOTION BY THE INSTITUTIONAL INVESTORS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF <u>SELECTION OF COUNSEL</u>**

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD:

Movants, the Public Employees' Retirement System of Mississippi and 1199SEIU Health Care Employees Pension Fund (together, the "Institutional Investors"), hereby respectfully move this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") for an Order: (1) consolidating the above-captioned, related actions; (2) appointing the Institutional Investors as Lead Plaintiff; and (3) approving their selection of Saxena White P.A. ("Saxena White") and Robbins Geller Rudman & Dowd LLP ("Robbins Geller") to serve as Lead Counsel for the Class.[1]   The Institutional Investors' Motion is based upon this Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Jennifer N. Caringal filed herewith and the exhibits attached thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

### REQUEST FOR LEAVE FROM COURT'S CASE PROCEDURES

Undersigned counsel states that the lead plaintiff appointment process established by the PSLRA makes it impossible to confer with all parties or non-parties who may be affected by the relief sought by the herein motion.  Under the rules of the PSLRA, any person wishing to serve as Lead Plaintiff must file a motion within sixty days of notice of the first class action being published.  At the date and time of filing, the sixty-day period had not yet expired, and therefore all Lead Plaintiff movants (those who will be affected by the relief requested herein) are presently unknown.  Accordingly, the Institutional Investors request leave from the Court's Case Procedures in this narrow instance.

---

[1] The Institutional Investors are filing their motion before both Courts as the second-filed action, *Coles, II v. Atkore Inc.*, No. 25-cv-2686 (N.D. Ill.), has not yet been reassigned.

1

Dated: April 23, 2025

Respectfully submitted,

**ROBBINS GELLER RUDMAN & DOWD LLP**

/s/ Jennifer N. Caringal
Jennifer N. Caringal (ILND-GB-286197)
Kenneth P. Dolitsky
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
jcaringal@rgrdlaw.com
kdolitsky@rgrdlaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
James E. Barz (IL Bar # 6255605)
Frank A. Richter (IL Bar # 6310011)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 630/696-4107
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

**SAXENA WHITE P.A.**
Maya Saxena (*pro hac vice* forthcoming)
Joseph E. White III (*pro hac vice* forthcoming)
Lester R. Hooker (Bar No. 32242)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

**SAXENA WHITE P.A.**
Marco A. Dueñas (*pro hac vice* forthcoming)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 631-3611
mduenas@saxenawhite.com

*Proposed Lead Counsel for the Class*

2