**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS LOCAL 60 BENEFITS FUND, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ATKORE INC., WILLIAM E. WALTZ JR., JOHN M. DEITZER, and DAVID P. JOHNSON,<br><br>Defendants. | Case No.: 1:25-cv-01851<br><br>Hon. John J. Tharp, Jr.<br><br>CLASS ACTION |
| KING P. COLES, II, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ATKORE INC., WILLIAM E. WALTZ JR., JOHN M. DEITZER, and DAVID P. JOHNSON,<br><br>Defendants. | Case No.: 1:25-cv-02686<br><br>Hon. John F. Kness<br><br>CLASS ACTION |

**DECLARATION OF JENNIFER N. CARINGAL IN SUPPORT OF THE MOTION OF THE INSTITUTIONAL INVESTORS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Jennifer N. Caringal, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of California and am admitted to this Court's General Bar.  I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, one of the Proposed Lead Counsel for the Class, together with Saxena White P.A, in the above-captioned actions.  I submit this declaration in support of the Motion of the Public Employees' Retirement System of Mississippi and 1199SEIU Health Care Employees Pension Fund (together, the "Institutional Investors") for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.  I have personal knowledge of the matters stated therein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

EXHIBIT A:      The Institutional Investors' sworn certifications, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:      A chart reflecting the Institutional Investors' transactions and estimated losses, prepared by counsel;

EXHIBIT C:      Joint Declaration of the Institutional Investors;

EXHIBIT D:      Notice of pendency of the class action *Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund v. Atkore Inc.*, No. 1:25-cv-1851 (N.D. Ill.), published on *GlobeNewswire* on February 22, 2025; and

EXHIBIT E:      Notice of pendency of the class action *Coles, II v. Atkore Inc.*, No. 1:25-cv-2686 (N.D. Ill.), published on *BusinessWire* on March 14, 2025.

I declare, under penalty of perjury, that the foregoing is true and correct.  Executed this 23rd day of April 2025.

/s/ Jennifer N. Caringal
Jennifer N. Caringal

1