EXHIBIT A

## CERTIFICATION AND AUTHORIZATION

I, Laken H. Ryals, on behalf of the Public Employees' Retirement System of Mississippi ("MS PERS"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed against Atkore Inc. ("Atkore") alleging violations of the federal securities laws. I am authorized in my capacity as Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi to initiate litigation and to execute this Certification on behalf of MS PERS. I have authorized the filing of a motion for lead plaintiff appointment in this action or any related actions on behalf of MS PERS.

2. MS PERS did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. MS PERS is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. MS PERS's transactions in Atkore common stock during the Class Period are set forth in the attached Schedule A.

5. MS PERS has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *In re Seagate Tech. Holdings plc Sec. Litig.*, No. 3:23-cv-03431 (N.D. Cal.); and

   *City of Warwick Ret. Sys. v. Catalent, Inc.*, No. 3:23-cv-01108 (D.N.J.).

6. MS PERS has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

   *United Union of Roofers, Waterproofers & Allied Workers Local Union No. 8 WBPA Fund v. The Trade Desk, Inc.*, No. 2:25-cv-01396 (C.D. Cal.);

   *Shing v. ICON plc*, No. 2:25-cv-00763 (E.D.N.Y.);

   *Averza v. Super Micro Comput., Inc.*, No. 5:24-cv-06147 (N.D. Cal.);

   *In re Crowdstrike Holdings, Inc. Sec. Litig.*, No. 1:24-cv-00857 (W.D. Tex.);

   *In re Agilon Health, Inc. Sec. Litig.*, No. 1:24-cv-00297 (W.D. Tex.);

   *Kempen Int'l Funds v. Syneos Health, Inc.*, No. 1:23-cv-0884 (S.D.N.Y.);

   *Schaeffer v. Signature Bank*, No. 1:23-cv-01921 (E.D.N.Y.);

1

*Collinsville Police Pension Bd. on Behalf of the Collinsville Police Pension Fund v. Discovery, Inc.*, No. 1:22-cv-08171 (S.D.N.Y.); and

*Cupat v. Palantir Techs. Inc.*, No. 1:22-cv-02384 (D. Colo.).

7.     MS PERS will not accept any payment for serving as a representative party on behalf of the Class beyond MS PERS's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this **22nd** day of April, 2025.

*Public Employees' Retirement System of Mississippi*

Laken H. Ryals, Special Assistant Attorney General

2

**SCHEDULE A**
**Public Employees' Retirement System of Mississippi**
**Transactions in Atkore Inc.**

| Common Stock Purchases | | |
| --- | --- | --- |
| **Date** | **Shares** | **Price** |
| 08/09/22 | 18,943 | $87.0645 |
| 08/10/22 | 1,115 | $89.4797 |
| 09/22/22 | 3,141 | $75.3654 |
| 04/18/24 | 3,109 | $171.3636 |
| 04/19/24 | 1,749 | $171.2658 |
| 04/19/24 | 3,365 | $171.3247 |
| 04/22/24 | 4,031 | $173.5708 |
| 04/23/24 | 1,357 | $179.5146 |
| 04/23/24 | 566 | $176.6850 |
| 04/24/24 | 2,347 | $179.0027 |
| 04/25/24 | 2,178 | $177.8872 |
| 04/26/24 | 1,108 | $182.5947 |
| 04/29/24 | 1,773 | $183.4472 |
| 04/30/24 | 2,470 | $177.2802 |
| 04/30/24 | 7,281 | $176.8369 |
| 05/01/24 | 6,345 | $175.0715 |
| 05/02/24 | 1,391 | $175.7400 |
| 05/02/24 | 5,611 | $175.3045 |
| 09/09/24 | 504 | $83.0492 |
| 09/11/24 | 162 | $81.6850 |
| 09/13/24 | 295 | $86.4945 |
| 09/18/24 | 527 | $87.4766 |
| 09/19/24 | 547 | $88.6704 |
| 09/20/24 | 123 | $88.0967 |
| 12/10/24 | 196 | $88.8716 |

| Common Stock Sales | | |
| --- | --- | --- |
| **Date** | **Shares** | **Price** |
| 10/07/22 | 3,141 | $86.7841 |
| 05/30/24 | 1,667 | $151.2600 |

3

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1199SEIU Health Care Employees Pension Fund ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Manchin v. PACS Group, Inc.,* No. 1:24-cv-08636 (S.D.N.Y.)

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _____ day of April, 2025.

1199SEIU Health Care Employees Pension Fund

By: _____
     Suzanne Metzger, General Counsel

ATKORE

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/07/2023 | 134 | $136.26 |
| 06/07/2023 | 379 | $137.00 |
| 06/08/2023 | 345 | $138.36 |
| 06/08/2023 | 1,426 | $138.59 |
| 06/09/2023 | 223 | $138.03 |
| 06/09/2023 | 2,001 | $137.73 |
| 06/12/2023 | 222 | $142.88 |
| 06/28/2023 | 1,490 | $152.61 |
| 07/25/2023 | 424 | $161.86 |
| 07/25/2023 | 546 | $161.05 |
| 09/26/2023 | 219 | $142.60 |
| 09/27/2023 | 158 | $148.96 |
| 09/27/2023 | 759 | $147.78 |
| 09/28/2023 | 71 | $151.86 |
| 09/28/2023 | 130 | $152.49 |
| 09/28/2023 | 437 | $151.86 |
| 09/29/2023 | 10 | $149.93 |
| 09/29/2023 | 436 | $149.68 |
| 09/29/2023 | 668 | $149.93 |
| 10/02/2023 | 6 | $146.46 |
| 10/02/2023 | 478 | $146.46 |
| 10/02/2023 | 1,237 | $144.85 |
| 10/03/2023 | 316 | $143.03 |
| 10/03/2023 | 816 | $143.79 |
| 10/09/2023 | 200 | $145.80 |
| 10/25/2023 | 35 | $123.61 |
| 10/31/2023 | 23 | $125.07 |
| 12/14/2023 | 77 | $152.49 |
| 12/14/2023 | 95 | $150.18 |
| 12/14/2023 | 294 | $153.19 |
| 12/15/2023 | 859 | $156.35 |
| 12/15/2023 | 1,013 | $156.35 |
| 12/18/2023 | 537 | $157.01 |
| 12/21/2023 | 80 | $159.10 |
| 12/22/2023 | 573 | $160.85 |
| 12/26/2023 | 351 | $162.71 |
| 12/27/2023 | 244 | $163.31 |
| 12/28/2023 | 262 | $162.63 |
| 12/29/2023 | 316 | $160.46 |
| 01/02/2024 | 378 | $162.85 |
| 01/03/2024 | 264 | $156.28 |
| 01/26/2024 | 90 | $153.33 |
| 01/30/2024 | 40 | $158.29 |
| 02/02/2024 | 99 | $149.41 |
| 02/13/2024 | 56 | $142.68 |

Doc ID: d4d7ee03c1e89c3537417f42a48456977ca85566

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 03/06/2024 | 210 | $163.59 |
| 03/07/2024 | 141 | $169.92 |
| 04/18/2024 | 844 | $171.36 |
| 04/19/2024 | 475 | $171.27 |
| 04/19/2024 | 914 | $171.32 |
| 04/22/2024 | 1,095 | $173.57 |
| 04/23/2024 | 154 | $176.69 |
| 04/23/2024 | 369 | $179.51 |
| 04/24/2024 | 638 | $179.00 |
| 04/25/2024 | 591 | $177.89 |
| 04/26/2024 | 301 | $182.59 |
| 04/29/2024 | 482 | $183.45 |
| 04/30/2024 | 671 | $177.28 |
| 04/30/2024 | 1,978 | $176.84 |
| 05/01/2024 | 5,797 | $175.07 |
| 05/02/2024 | 1,270 | $175.74 |
| 05/02/2024 | 5,127 | $175.30 |
| 05/09/2024 | 300 | $160.00 |
| 06/21/2024 | 59 | $133.85 |
| 06/24/2024 | 250 | $134.65 |
| 07/05/2024 | 94 | $130.88 |
| 07/16/2024 | 210 | $152.35 |
| 07/25/2024 | 270 | $135.95 |
| 02/03/2025 | 2,244 | $81.80 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 05/23/2024 | 50 | $155.02 |
| 05/23/2024 | 808 | $154.74 |
| 05/24/2024 | 449 | $154.75 |
| 05/24/2024 | 499 | $154.11 |
| 05/28/2024 | 349 | $153.22 |
| 07/09/2024 | 966 | $129.88 |
| 08/06/2024 | 10,020 | $104.39 |
| 09/27/2024 | 144 | $86.21 |
| 09/27/2024 | 376 | $85.91 |
| 09/30/2024 | 582 | $84.90 |
| 10/01/2024 | 747 | $83.78 |
| 10/02/2024 | 90 | $84.16 |
| 10/02/2024 | 503 | $83.49 |
| 10/03/2024 | 454 | $82.43 |
| 10/04/2024 | 494 | $83.25 |
| 10/07/2024 | 90 | $85.83 |
| 10/07/2024 | 658 | $85.67 |
| 10/08/2024 | 130 | $84.13 |
| 10/08/2024 | 535 | $84.22 |
| 10/09/2024 | 443 | $86.31 |
| 10/09/2024 | 450 | $86.18 |
| 10/10/2024 | 274 | $85.39 |
| 10/10/2024 | 329 | $85.34 |

Doc ID: d4d7ee03c1e89c3537417f42a48456977ca85566

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 10/11/2024 | 461 | $87.08 |
| 10/14/2024 | 450 | $86.46 |

Prices listed are rounded to two decimal places.

Doc ID: d4d7ee03c1e89c3537417f42a48456977ca85566