EXHIBIT B

**Atkore Inc.**

**Public Employees' Retirement System of Mississippi**
Class Period: 08/02/22 to 02/03/25
Lookback Price: $62.7211 (02/04/25 - 04/23/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 08/09/22 | 18,943 | $87.0645 | $1,649,262.80 | | | | | |
| Purchase | 08/10/22 | 1,115 | $89.4797 | $99,769.87 | | | | | |
| Purchase | 09/22/22 | 3,141 | $75.3654 | $236,722.72 | | | | | |
| Purchase | 04/18/24 | 3,109 | $171.3636 | $532,769.43 | | | | | |
| Purchase | 04/19/24 | 1,749 | $171.2658 | $299,543.88 | | | | | |
| Purchase | 04/19/24 | 3,365 | $171.3247 | $576,507.62 | | | | | |
| Purchase | 04/22/24 | 4,031 | $173.5708 | $699,663.89 | | | | | |
| Purchase | 04/23/24 | 1,357 | $179.5146 | $243,601.31 | | | | | |
| Purchase | 04/23/24 | 566 | $176.6850 | $100,003.71 | | | | | |
| Purchase | 04/24/24 | 2,347 | $179.0027 | $420,119.34 | | | | | |
| Purchase | 04/25/24 | 2,178 | $177.8872 | $387,438.32 | | | | | |
| Purchase | 04/26/24 | 1,108 | $182.5947 | $202,314.93 | | | | | |
| Purchase | 04/29/24 | 1,773 | $183.4472 | $325,251.89 | | | | | |
| Purchase | 04/30/24 | 2,470 | $177.2802 | $437,882.09 | | | | | |
| Purchase | 04/30/24 | 7,281 | $176.8369 | $1,287,549.47 | | | | | |
| Purchase | 05/01/24 | 6,345 | $175.0715 | $1,110,828.67 | | | | | |
| Purchase | 05/02/24 | 1,391 | $175.7400 | $244,454.34 | | | | | |
| Purchase | 05/02/24 | 5,611 | $175.3045 | $983,633.55 | | | | | |
| Purchase | 09/09/24 | 504 | $83.0492 | $41,856.80 | | | | | |
| Purchase | 09/11/24 | 162 | $81.6850 | $13,232.97 | | | | | |
| Purchase | 09/13/24 | 295 | $86.4945 | $25,515.88 | | | | | |
| Purchase | 09/18/24 | 527 | $87.4766 | $46,100.17 | Sale | 10/07/22 | 3,141 | $86.7841 | $272,588.86 |
| Purchase | 09/19/24 | 547 | $88.6704 | $48,502.71 | Sale | 05/30/24 | 1,667 | $151.2600 | $252,150.42 |
| Purchase | 09/20/24 | 123 | $88.0967 | $10,835.89 | | | | | |
| Purchase | 12/10/24 | 196 | $88.8716 | $17,418.83 | Retained | | 65,426 | $62.7211 | $4,103,590.09 |
| | | **70,234** | | **$10,040,781.07** | | | **70,234** | | **$4,628,329.37** |

**LIFO Loss for Public Employees' Retirement System of Mississippi** **($5,412,451.70)**

---

**Atkore Inc.**

**1199SEIU Health Care Employees Pension Fund**
Class Period: 08/02/22 to 02/03/25
Lookback Price: $62.7211 (02/04/25 - 04/23/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 06/07/23 | 134 | $136.2600 | $18,258.84 | | | | | |
| Purchase | 06/07/23 | 379 | $136.9983 | $51,922.36 | | | | | |
| Purchase | 06/08/23 | 345 | $138.3600 | $47,734.20 | | | | | |
| Purchase | 06/08/23 | 1,426 | $138.5869 | $197,624.92 | | | | | |
| Purchase | 06/09/23 | 223 | $138.0295 | $30,780.58 | | | | | |
| Purchase | 06/09/23 | 2,001 | $137.7283 | $275,594.33 | | | | | |
| Purchase | 06/12/23 | 222 | $142.8814 | $31,719.67 | | | | | |
| Purchase | 06/28/23 | 1,490 | $152.6065 | $227,383.69 | | | | | |
| Purchase | 07/25/23 | 424 | $161.8600 | $68,628.64 | | | | | |
| Purchase | 07/25/23 | 546 | $161.0454 | $87,930.79 | | | | | |
| Purchase | 09/26/23 | 219 | $142.6000 | $31,229.40 | | | | | |
| Purchase | 09/27/23 | 158 | $148.9643 | $23,536.36 | | | | | |
| Purchase | 09/27/23 | 759 | $147.7751 | $112,161.30 | | | | | |
| Purchase | 09/28/23 | 71 | $151.8562 | $10,781.79 | | | | | |
| Purchase | 09/28/23 | 130 | $152.4875 | $19,823.38 | | | | | |
| Purchase | 09/28/23 | 437 | $151.8562 | $66,361.16 | | | | | |
| Purchase | 09/29/23 | 10 | $149.9334 | $1,499.33 | | | | | |
| Purchase | 09/29/23 | 436 | $149.6760 | $65,258.74 | | | | | |

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 09/29/23 | 668 | $149.9334 | $100,155.51 | | | | | |
| Purchase | 10/02/23 | 6 | $146.4569 | $878.74 | | | | | |
| Purchase | 10/02/23 | 478 | $146.4569 | $70,006.40 | | | | | |
| Purchase | 10/02/23 | 1,237 | $144.8466 | $179,175.24 | | | | | |
| Purchase | 10/03/23 | 316 | $143.0300 | $45,197.48 | | | | | |
| Purchase | 10/03/23 | 816 | $143.7930 | $117,335.09 | | | | | |
| Purchase | 10/09/23 | 200 | $145.8035 | $29,160.70 | | | | | |
| Purchase | 10/25/23 | 35 | $123.6148 | $4,326.52 | | | | | |
| Purchase | 10/31/23 | 23 | $125.0684 | $2,876.57 | | | | | |
| Purchase | 12/14/23 | 77 | $152.4945 | $11,742.08 | | | | | |
| Purchase | 12/14/23 | 95 | $150.1800 | $14,267.10 | | | | | |
| Purchase | 12/14/23 | 294 | $153.1852 | $45,036.45 | | | | | |
| Purchase | 12/15/23 | 859 | $156.3466 | $134,301.73 | | | | | |
| Purchase | 12/15/23 | 1,013 | $156.3451 | $158,377.59 | | | | | |
| Purchase | 12/18/23 | 537 | $157.0123 | $84,315.61 | | | | | |
| Purchase | 12/21/23 | 80 | $159.1029 | $12,728.23 | | | | | |
| Purchase | 12/22/23 | 573 | $160.8497 | $92,166.88 | | | | | |
| Purchase | 12/26/23 | 351 | $162.7134 | $57,112.40 | | | | | |
| Purchase | 12/27/23 | 244 | $163.3078 | $39,847.10 | | | | | |
| Purchase | 12/28/23 | 262 | $162.6312 | $42,609.37 | | | | | |
| Purchase | 12/29/23 | 316 | $160.4557 | $50,704.00 | | | | | |
| Purchase | 01/02/24 | 378 | $162.8495 | $61,557.11 | | | | | |
| Purchase | 01/03/24 | 264 | $156.2782 | $41,257.44 | | | | | |
| Purchase | 01/26/24 | 90 | $153.3284 | $13,799.56 | | | | | |
| Purchase | 01/30/24 | 40 | $158.2904 | $6,331.62 | Sale | 05/23/24 | 50 | $155.0184 | $7,750.92 |
| Purchase | 02/02/24 | 99 | $149.4073 | $14,791.32 | Sale | 05/23/24 | 808 | $154.7437 | $125,032.91 |
| Purchase | 02/13/24 | 56 | $142.6775 | $7,989.94 | Sale | 05/24/24 | 449 | $154.7471 | $69,481.45 |
| Purchase | 03/06/24 | 210 | $163.5868 | $34,353.23 | Sale | 05/24/24 | 499 | $154.1100 | $76,900.89 |
| Purchase | 03/07/24 | 141 | $169.9220 | $23,959.00 | Sale | 05/28/24 | 349 | $153.2199 | $53,473.75 |
| Purchase | 04/18/24 | 844 | $171.3636 | $144,630.88 | Sale | 07/09/24 | 966 | $129.8800 | $125,464.08 |
| Purchase | 04/19/24 | 475 | $171.2658 | $81,351.26 | Sale | 08/06/24 | 10,020 | $104.3864 | $1,045,951.73 |
| Purchase | 04/19/24 | 914 | $171.3247 | $156,590.78 | Sale | 09/27/24 | 144 | $86.2057 | $12,413.62 |
| Purchase | 04/22/24 | 1,095 | $173.5708 | $190,060.03 | Sale | 09/27/24 | 376 | $85.9117 | $32,302.80 |
| Purchase | 04/23/24 | 154 | $176.6850 | $27,209.49 | Sale | 09/30/24 | 582 | $84.8972 | $49,410.17 |
| Purchase | 04/23/24 | 369 | $179.5146 | $66,240.89 | Sale | 10/01/24 | 747 | $83.7793 | $62,583.14 |
| Purchase | 04/24/24 | 638 | $179.0027 | $114,203.72 | Sale | 10/02/24 | 90 | $84.1636 | $7,574.72 |
| Purchase | 04/25/24 | 591 | $177.8872 | $105,131.34 | Sale | 10/02/24 | 503 | $83.4908 | $41,995.87 |
| Purchase | 04/26/24 | 301 | $182.5947 | $54,961.00 | Sale | 10/03/24 | 454 | $82.4287 | $37,422.63 |
| Purchase | 04/29/24 | 482 | $183.4472 | $88,421.55 | Sale | 10/04/24 | 494 | $83.2529 | $41,126.93 |
| Purchase | 04/30/24 | 671 | $177.2802 | $118,955.01 | Sale | 10/07/24 | 90 | $85.8335 | $7,725.02 |
| Purchase | 04/30/24 | 1,978 | $176.8369 | $349,783.39 | Sale | 10/07/24 | 658 | $85.6718 | $56,372.04 |
| Purchase | 05/01/24 | 5,797 | $175.0715 | $1,014,889.49 | Sale | 10/08/24 | 130 | $84.1322 | $10,937.19 |
| Purchase | 05/02/24 | 1,270 | $175.7400 | $223,189.80 | Sale | 10/08/24 | 535 | $84.2219 | $45,058.72 |
| Purchase | 05/02/24 | 5,127 | $175.3045 | $898,786.17 | Sale | 10/09/24 | 443 | $86.3119 | $38,236.17 |
| Purchase | 05/09/24 | 300 | $159.9978 | $47,999.34 | Sale | 10/09/24 | 450 | $86.1766 | $38,779.47 |
| Purchase | 06/21/24 | 59 | $133.8468 | $7,896.96 | Sale | 10/10/24 | 274 | $85.3912 | $23,397.19 |
| Purchase | 06/24/24 | 250 | $134.6468 | $33,661.70 | Sale | 10/10/24 | 329 | $85.3448 | $28,078.44 |
| Purchase | 07/05/24 | 94 | $130.8795 | $12,302.67 | Sale | 10/11/24 | 461 | 87.075100 | $40,141.62 |
| Purchase | 07/16/24 | 210 | $152.3515 | $31,993.82 | Sale | 10/14/24 | 450 | $86.4638 | $38,908.71 |
| Purchase | 07/25/24 | 270 | $135.9463 | $36,705.50 | | | | | |
| Purchase | 02/03/25 | 2,244 | $81.7969 | $183,552.24 | Retained | | 22,950 | $62.7211 | $1,439,449.04 |
| | | **43,301** | | **$6,853,106.50** | | | **43,301** | | **$3,555,969.21** |

**LIFO Loss for 1199SEIU Health Care Employees Pension Fund ($3,297,137.30)**

| Institutional Investors | Total Shares Purchased | Net Shares Purchased | Net Funds Expended | LIFO Loss |
|---|---|---|---|---|
| Public Employees' Retirement System of Mississippi | 70,234 | 65,426 | ($9,516,041.79) | ($5,412,451.70) |
| 1199SEIU Health Care Employees Pension Fund | 43,301 | 22,950 | ($4,736,586.33) | ($3,297,137.30) |
| **Grand Total** | **113,535** | **88,376** | **($14,252,628.12)** | **($8,709,588.99)** |