EXHIBIT D

Case: 1:25-cv-01851 Document #: 24-4 Filed: 04/23/25 Page 2 of 3 PageID #:176



**Source:** *Saxena White P.A.*

*February 22, 2025 15:34 ET*

# Saxena White P.A. Files Securities Fraud Class Action Against Atkore Inc. and Certain of Its Executives

BOCA RATON, Fla., Feb. 22, 2025 (GLOBE NEWSWIRE) -- Saxena White P.A. has filed a securities fraud class action lawsuit (the "Class Action") in the United States District Court for the Northern District of Illinois against Atkore Inc. ("Atkore" or the "Company") (NYSE: ATKR) and certain of its executive officers (collectively, "Defendants"). The Class Action asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and U.S. Securities and Exchange Commission ("SEC") Rule 10b-5 promulgated thereunder on behalf of all persons or entities that purchased Atkore common stock between February 1, 2024 and February 3, 2025, inclusive (the "Class Period"), and were damaged thereby (the "Class"). The Class Action filed by Saxena White is captioned *Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund v. Atkore Inc., et al.*, No. 25-cv-1851 (N.D. Ill.).

Based in Harvey, Illinois, Atkore purports to be a leading manufacturer of electrical, safety, and infrastructure products. Among other products, the Company manufactures polyvinyl chloride ("PVC") water pipes and electrical conduit pipes (together, "PVC Pipes"). During the COVID-19 pandemic, shipping costs skyrocketed. As result, foreign manufacturers found themselves unable to profitably sell their PVC Pipes in the United States. Atkore and other U.S.-based PVC Pipe manufacturers took advantage of the absence of foreign competition, exchanging confidential and competitively sensitive data in order to artificially inflate PVC Pipe pricing.

Leading up to the Class Period, shipping prices returned to normal levels following the pandemic, which led to foreign PVC Pipe manufactures gradually re-entering the market. Beginning in late 2022, as the sales price of PVC Pipes began declining, Atkore informed investors that "part of the pricing outperformance that we've enjoyed over the past several years has started to normalize."

The Class Action alleges that, during the Class Period, Defendants made materially false and/or misleading statements and failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose that: (1) Atkore engaged in an anticompetitive price-fixing scheme that artificially inflated the price of PVC Pipes; (2) in turn, Atkore reaped significant, unsustainable financial benefits from its anticompetitive conduct; (3) as Atkore's price-fixing scheme was exposed, the Company and its price fixing co-conspirators were no longer able to artificially inflate the price of PVC Pipes, resulting in a substantial decrease in the price of PVC Pipes; (4) Atkore's business and operations were negatively impacted; and (5) as a result of the above, Defendants' positive statements about the Company's business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

The truth emerged before markets opened on February 4, 2025, when Atkore announced its financial results for the first quarter of fiscal year 2025, reporting net sales of $661.6 million—

2/22/25, 3:37 PM                    Print: Saxena White P.A. Files Securities Fraud Class Action Against Atkore Inc. and Certain of Its Executives

Case: 1:25-cv-01851 Document #: 24-4 Filed: 04/23/25 Page 3 of 3 PageID #:177

below analysts' estimates of $680.7 million. Additionally, Atkore significantly reduced its adjusted earnings per share (EPS) and adjusted earnings before interest, taxes, depreciation and amortization (EBITDA) guidance for the rest of fiscal year 2025. During the corresponding earnings call that same day, CFO Deitzer disclosed that Atkore's "plastic pipe and conduit product category declined mid-single digits during the quarter[,]" compared to "high single digits in the prior year." CFO Deitzer also attributed the guidance reduction to the forthcoming poor performance of Atkore's PVC business, stating, "I'd say roughly $75 million or 3/4 of that is on the PVC side."   On this news, the price of Atkore common stock fell $15.59 per share, or nearly 20%, from a closing price of $79.72 per share on February 3, 2025, to a closing price of $64.13 per share on February 4, 2025.

If you purchased Atkore common stock during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as lead plaintiff. If you wish to apply to be lead plaintiff, a motion on your behalf must be filed with the U.S. District Court for the Northern District of Illinois no later than April 23, 2025. The lead plaintiff is a court-appointed representative for absent members of the Class. You do not need to seek appointment as lead plaintiff to share in any Class recovery in the Class Action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member.

You may contact Marco A. Dueñas (mduenas@saxenawhite.com), a Senior Attorney at Saxena White P.A., to discuss your rights regarding the appointment of lead plaintiff or your interest in the Class Action. You also may retain counsel of your choice to represent you in the Class Action. You may obtain a copy of the Complaint and inquire about actively joining the Class Action at www.saxenawhite.com.

Saxena White P.A., with offices in Florida, New York, California, and Delaware, is a leading national law firm focused on prosecuting securities class actions and other complex litigation on behalf of injured investors. Currently serving as lead counsel in numerous securities class actions nationwide, Saxena White has recovered billions of dollars on behalf of injured investors.

CONTACT INFORMATION
Marco A. Dueñas, Esq.
mduenas@saxenawhite.com
Saxena White P.A.
10 Bank Street, Suite 882
White Plains, New York 10606
Tel.: (914) 437-8551
Fax: (888) 631-3611
www.saxenawhite.com