EXHIBIT E

Case: 1:25-cv-01851 Document #: 24-5 Filed: 04/23/25 Page 2 of 4 PageID #:179

Mar 14, 2025 11:53 AM Eastern Daylight Time

# Grant & Eisenhofer Files Class Action Lawsuit Against Atkore, Inc., Extending Class Period of Previously Filed Action

Share  

NEW YORK--(BUSINESS WIRE)--Today, Grant & Eisenhofer P.A. filed a class action lawsuit on behalf of King P. Coles, II against Atkore, Inc. ("Atkore" or the "Company"), Atkore's CEO William E. Waltz, Atkore's former CFO David P. Johnson, and Atkore's CFO John M. Deitzer (collectively, the "Defendants"). The action alleges that Defendants defrauded investors by making materially false and/or misleading statements and failing to disclose materially adverse facts about the Company's business, operations and prospects. Specifically, the complaint alleges that Atkore's reported financial results were distorted by a price fixing scheme that artificially inflated the prices of Atkore's polyvinyl chloride ("PVC") pipes.

The action, brought in the United States District Court for the Northern District of Illinois, is captioned *King P. Coles, II v. Atkore, Inc., et al.*, No. 1:25-cv-02686 (N.D. Ill.). It is related to the action captioned *Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund v. Atkore Inc.., et al.*, No. 1:25-cv-01851 (N.D. Ill.). The action expands the class period asserted in the *Westchester* action so that it now includes all persons or entities who purchased or acquired Atkore common stock **from August 2, 2022 through February 3, 2024, inclusive** (the "Class Period").

Atkore is a leading manufacturer of electrical raceway products and tubes that are used in a variety of construction applications. The Company's products include, among other things, steel and PVC conduit.

The complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934. Specifically, the lawsuit alleges that throughout the Class

Period, Defendants failed to disclose that (i) Atkore engaged in a price fixing scheme that artificially inflated the price of PVC pipes; (ii) Atkore benefited from its price fixing conduct; and (iii) Atkore and its competitors were no longer able to artificially inflate the price of PVC pipes as their scheme became exposed, resulting in a decrease in the price of PVC pipes and a negative impact on Atkore's financial performance.

After falling short of earnings expectations and cutting guidance on several occasions beginning in May 2024, on February 4, 2025, Atkore reported disappointing first quarter fiscal 2025 financial results and also lowered its full year fiscal 2025 outlook reporting that "[t]he decrease in net sales is primarily attributed to decreased average selling prices of $95.7 million and decreased sales volume of $33.3 million." Defendant Deitzer attributed the guidance reduction to the forthcoming poor performance of Atkore's PVC business. On this news, the price of the Company's common stock declined $15.59 per share, or 19.5%, to close at $64.13 per share.

Investors who purchased or acquired Atkore common stock during the Class Period are members of this proposed Class and may be able to seek appointment as lead plaintiff, which is a court-appointed representative of the Class, by complying with the relevant provisions of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). *See* 15 U.S.C. Section 78u-4(a)(2)(A)(i)-(iv).

If you wish to serve as lead plaintiff, **you must move the Court by no later than April 23, 2025**. You do not need to seek to become a lead plaintiff in order to share in any possible recovery. You may also retain counsel of your choice to represent you in this action.

If you wish to discuss this action or have any questions concerning this notice or your rights, please contact Caitlin M. Moyna at Grant & Eisenhofer at 646-722-8513, or via email at cmoyna@gelaw.com. You can also find more information at gelaw.com.

## Contacts

Grant & Eisenhofer
Caitlin M. Moyna
646-722-8513
cmoyna@gelaw.com

**Industry:**   [Class Action Lawsuit](#)   [Professional Services](#)   [Legal](#)

**Grant & Eisenhofer P.A.**

⤴ NYSE:ATKR

---

**RELEASE VERSIONS**

English

---

**CONTACTS**

Grant & Eisenhofer
Caitlin M. Moyna
646-722-8513
[cmoyna@gelaw.com](mailto:cmoyna@gelaw.com)

# More News From Grant & Eisenhofer P.A.

🔊 Get RSS Feed

### Law Firms Grant & Eisenhofer and Levi & Korsinsky Issue Notice of Dismissal of AST SpaceMobile Stockholder Litigation, Opportunity to Intervene

WILMINGTON, Del.--([BUSINESS WIRE](#))--Law firms Grant & Eisenhofer and Levi & Korsinsky issued the following statement regarding that disposition of investor class action AST SpaceMobile, Inc., Stockholders Litigation: Notice is hereby provided to all persons holding...

---