## UNITED STATES DISTRICT COURT
## NOTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS LOCAL 60 BENEFITS FUND, Individually and on behalf of all others similarly situated, | Case No.: 1:25-cv-01851 |
| Plaintiff, | Hon. John J. Tharp, Jr. |
| v. | <u>CLASS ACTION</u> |
| ATKORE INC., WILLIAM E. WALTZ JR., JOHN M. DEITZER, and DAVID P. JOHNSON, | |
| Defendants. | |
| KING P. COLES, II, Individually and on Behalf of All Others Similarly Situated, | Case No.: 1:25-cv-02686 |
| Plaintiff, | Hon. John F. Kness |
| v. | <u>CLASS ACTION</u> |
| ATKORE INC., WILLIAM E. WALTZ JR., JOHN M. DEITZER, and DAVID P. JOHNSON, | |
| Defendants. | |

## PLAINTIFF WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS LOCAL 60 BENEFITS FUND'S UNOPPOSED MOTION FOR <u>REASSIGNMENT OF CASE AS RELATED</u>

Pursuant to Local Rule 40.4 of this Court, Plaintiff Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund ("Local 60"), in the above-captioned action styled *Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund v. Atkore Inc.*, No. 1:25-cv-01851, pending before the Honorable John J. Tharp, Jr. (the "*Local 60* Action"), by and through their undersigned counsel, hereby moves to: (a) designate the subsequently filed action, styled *Coles, II v. Atkore Inc.*, No. 1:25-cv-02686, pending before the Honorable John F. Kness (the "*Coles* Action"), as related to the earlier-numbered *Local 60* Action; and (b) reassign the *Coles* Action to this Court. In support of this unopposed motion, Local 60 states the following:

## PROCEDURAL HISTORY

1. On February 21, 2025, the *Local 60* Action was filed, and on February 24, 2025, the *Local 60* Action was assigned to this Court (*see Local 60* Action, ECF No. 1). A true and correct copy of the *Local 60* Action complaint is attached as Exhibit A.

2. On March 14, 2025, the *Coles* Action was filed and assigned to the Honorable John F. Kness (*see Coles* Action, ECF No. 1). A true and correct copy of the *Coles* Action complaint is attached as Exhibit B.

## ARGUMENT

3. Pursuant to Local Rule 40.4(a), a civil action may be related to another when, as relevant here: "(1) the cases involve the same property; (2) the cases involve some of the same issues of fact or law; (3) the cases grow out of the same transaction or occurrence; or (4) in class action suits, one or more of the classes involved in the cases is or are the same"

4. Pursuant to Local Rule 40.4(b), a case may be reassigned to another judge if it is found to be related to an earlier-numbered case before that judge and: "(1) both cases are pending in this Court; (2) the handling of both cases by the same judge is likely to result in a substantial saving of judicial time and effort; (3) the earlier case has not progressed to the point where

1

designating a later filed case as related would be likely to delay the proceedings in the earlier case substantially; and (4) the cases are susceptible of disposition in a single proceeding."

5.      Here, the *Coles* Action is related to the earlier-numbered *Local 60* Action because the underlying allegations and claims asserted in each involve many substantially similar issues of fact and law and are predicated on many of the same or substantially similar transactions or occurrences.  Namely, the *Coles* Action and the *Local 60* Action both allege that Atkore Inc. ("Atkore" or the "Company") and certain of its executive officers violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78j(b) and 78t(a)) and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder (17 C.F.R. § 240.10b-5) by issuing false and misleading statements and failing to disclose material facts regarding, among other things, Atkore's participation in a price-fixing scheme that artificially inflated the price of polyvinyl chloride, which resulted in unsustainable financial success for the Company.

6.      The *Coles* Action should be reassigned to the same judge as the *Local 60* Action because these actions are susceptible to disposition within a single proceeding, owing to how they both involve overlapping and similar legal claims and underlying misconduct, as described above. Further, neither of the Actions has progressed beyond the filing of the complaints and steps taken to deem them related and reassigned to this Court, with the filing of a consolidated complaint to follow the appointment of a lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3).  Therefore, neither of the Actions has progressed to the point of any ruling that would likely delay proceedings.  Additionally, it would benefit and conserve judicial resources to have the Actions before a single judge as they involve similar courses of misconduct, the same defendants, and similar claims, and the Actions are susceptible of disposition in a single proceeding.  Each of the Actions is pending in the Northern District of

Illinois. Accordingly, the *Coles* Action and the *Local 60* Action meet all the criteria under Civil Local Rule 40.4 for the Actions to be related and for the *Coles* Action to be reassigned to this Court as a related action. *See generally Velocity Patent LLC v. Mercedes-Benz USA, LLC*, No. 13-cv-8413, 2014 WL 1661849 (N.D. Ill. Apr. 24, 2014) (granting Plaintiff's Motion to Reassign on the basis that the cases were related and all conditions of Civil Local Rule 40.4 were met).

7. Prior to filing this motion, counsel for Plaintiff Local 60 conferred with counsel for Plaintiff in the *Coles* Action, as well as counsel for Defendants, who do not oppose the motion.

Dated: May 1, 2025

Respectfully submitted,

*/s/ Carol V. Gilden*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Carol V. Gilden (Bar No. 6185530)
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Tel.: (312) 629-3737
Fax: (312) 357-0369
cgilden@cohenmilstein.com

*Liaison Counsel for Plaintiff Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund*

**SAXENA WHITE P.A.**
Marco A. Dueñas (*pro hac vice* forthcoming)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 631-3611
mduenas@saxenawhite.com

*Counsel for Plaintiff Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund*

3