**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS LOCAL 60 BENEFITS FUND, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ATKORE INC., WILLIAM E. WALTZ JR., JOHN M. DEITZER, and DAVID P. JOHNSON,<br><br>Defendants. | Case No.: 1:25-cv-01851<br><br>Hon. John J. Tharp, Jr.<br><br><u>CLASS ACTION</u> |
| KING P. COLES, II, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ATKORE INC., WILLIAM E. WALTZ JR., JOHN M. DEITZER, and DAVID P. JOHNSON,<br><br>Defendants. | Case No.: 1:25-cv-02686<br><br>Hon. John F. Kness<br><br><u>CLASS ACTION</u> |

<u>**NOTICE OF NON-OPPOSITION BY THE INSTITUTIONAL INVESTORS**</u>

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Public Employees' Retirement System of Mississippi and 1199SEIU Health Care Employees Pension Fund (together, the "Institutional Investors") respectfully submit this notice of non-opposition to the competing motion filed for consolidation of related actions, appointment as lead plaintiff, and approval of selection of counsel.

On April 23, 2025, the Institutional Investors filed a motion seeking consolidation of the related actions, appointment as lead plaintiff, and approval of their selection of lead counsel in the above-captioned related securities class actions filed against Atkore Inc. and certain of its executive officers. *See* ECF 22-24. The Institutional Investors have reviewed the lead plaintiff motions pending before the Court and have determined that they do not appear to have the largest financial interest in this action. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb). Nevertheless, the Institutional Investors remain ready, willing, and able to serve as lead plaintiff if the Court declines to appoint the remaining movant seeking lead plaintiff status. The Institutional Investors reserve any and all rights to share in any recovery in this action as members of the class.

Dated: May 1, 2025

Respectfully submitted,

**ROBBINS GELLER RUDMAN & DOWD LLP**

*/s/        Jennifer N. Caringal*
Jennifer N. Caringal (ILND-GB-286197)
Kenneth P. Dolitsky
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
jcaringal@rgrdlaw.com
kdolitsky@rgrdlaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
James E. Barz (IL Bar # 6255605)
Frank A. Richter (IL Bar # 6310011)

1

200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 630/696-4107
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

**SAXENA WHITE P.A.**
Maya Saxena (*pro hac vice* forthcoming)
Joseph E. White III (*pro hac vice*
forthcoming)
Lester R. Hooker (Bar No. 32242)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

**SAXENA WHITE P.A.**
Marco A. Dueñas (*pro hac vice* forthcoming)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 631-3611
mduenas@saxenawhite.com

*Counsel for the Institutional Investors*

2