**UNITED STATES DISTRICT COURT**
**NOTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS LOCAL 60 BENEFITS FUND, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ATKORE INC., WILLIAM E. WALTZ JR., JOHN M. DEITZER, and DAVID P. JOHNSON, <br><br> Defendants. | Case No.: 1:25-cv-01851 <br><br> Hon. John J. Tharp, Jr. <br><br> <u>CLASS ACTION</u> |
| KING P. COLES, II, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ATKORE INC., WILLIAM E. WALTZ JR., JOHN M. DEITZER, and DAVID P. JOHNSON, <br><br> Defendants. | Case No.: 1:25-cv-02686 <br><br> Hon. John F. Kness <br><br> <u>CLASS ACTION</u> |

<u>**ORDER RE: REASSIGNMENT OF CASE AS RELATED**</u>

Upon consideration of Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund's Unopposed Motion for Reassignment of Case as Related, and for good cause showing, it is hereby **ORDERED**:

The Court **GRANTS** the Motion:

(a)   designating *Coles, II v. Atkore Inc.*, No. 1: 25-cv-02686 ("the *Coles* Action") as related to the following action, which is ongoing before the Honorable John J. Tharp, Jr.: *Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund v. Atkore Inc.*, No. 1: 25-cv-01851; and

(b)   requesting the Executive Committee to reassign the *Coles* Action to this Court.

**IT IS SO ORDERED.**

Dated: May 2, 2025

John J. Tharp, Jr.
United States District Judge

1