IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS LOCAL 60 BENEFITS FUND, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATKORE INC., WILLIAM E. WALTZ JR., JOHN M. DEITZER, and DAVID P. JOHNSON,<br><br>Defendants. | Case No. 1:25-cv-01851<br><br>Honorable John J. Tharp Jr. |

**STIPULATED SCHEDULING ORDER**

The Joint Motion for Stipulated Scheduling Order filed by Atkore Inc., and Plaintiff Westchester Putman Counties Heavy & Highway Laborers Local 60 Benefits Fund is granted.

1. The defendants shall not be required to respond to any complaint filed in the above-captioned action (the "Action") until after (i) a lead plaintiff and lead counsel are appointed by the Court pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and (ii) lead plaintiff files and serves an amended complaint or identifies and serves an operative complaint in this Action;

2. Within 14 days of an order by the Court appointing lead plaintiff and lead counsel pursuant to the PSLRA, the defendants and lead plaintiff shall confer and jointly submit a proposed schedule for lead plaintiff to file an amended complaint or identify an operative complaint and for the defendants to answer or otherwise respond, including a briefing schedule with respect to any anticipated dispositive motion; and

3. The parties' rights, claims, defenses, objections, or arguments including, but not limited to, lack of personal jurisdiction, forum, and venue-related challenges, are reserved.

**IT IS SO ORDERED**.

Dated: May 2, 2025

John J. Tharp, Jr.
United States District Judge