# UNITED STATES DISTRICT COURT
# NOTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS LOCAL 60 BENEFITS FUND, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ATKORE INC., WILLIAM E. WALTZ JR., JOHN M. DEITZER, and DAVID P. JOHNSON,<br><br>Defendants. | Case No.: 1:25-cv-01851<br><br>Hon. John J. Tharp, Jr.<br><br><u>CLASS ACTION</u> |
| MIKE BLATZER, Derivatively on behalf of nominal defendant Atkore Inc.,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM E. WALTZ JR., JOHN M. DEITZER, DAVID P. JOHNSON, and MICHAEL V. SCHROCK,<br><br>Defendants. | Case No.: 1:25-cv-02833<br><br>Hon. LaShonda A. Hunt |

## ORDER RE: REASSIGNMENT OF CASE AS RELATED

Upon consideration of the Parties' Joint Motion for Reassignment of Case as Related, and for good cause showing, it is hereby **ORDERED**:

The Court **GRANTS** the Motion:

(a)     designating *Blatzer v. Waltz et al.*, No. 1: 25-cv-02833 ("the Derivative Action") as related to the following action, which is ongoing before the Honorable John J. Tharp, Jr.: *Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund v. Atkore Inc.*, No. 1: 25-cv-01851; and

(b)     requesting the Executive Committee to reassign the Derivative Action to this Court.

**IT IS SO ORDERED.**

Dated: May 29, 2025

John J. Tharp, Jr.
United States District Judge