**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Westchester Putnam Counties Heavy & Highway
Laborers Local 60 Benefits Fund

                Plaintiff,

v.

                Case No.: 1:25−cv−01851
                Honorable John J. Tharp Jr.

Atkore, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 29, 2025:

    MINUTE entry before the Honorable John J. Tharp, Jr:The motion of Nykredit Portefolje Administration A/S ("NPA") for Appointment as Lead Plaintiff, Approval of Its Selection of Lead Counsel, and Consolidation of Related Actions [17] is granted without objection. NPA is directed to submit its proposed order [17−1], in Word format, to the Court's proposed order inbox (Proposed_Order_Tharp@ilnd.uscourts.gov). The motion of 1199 SEIU Health Care Employees Pension Fund, Public Employees' Retirement System of Mississippi for appointment as lead plaintiff [22] is denied. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.