**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS LOCAL 60 BENEFITS FUND, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ATKORE INC., WILLIAM E. WALTZ JR., JOHN M. DEITZER, and DAVID P. JOHNSON, <br><br> Defendants. | Case No. 1:25-cv-01851 <br><br> Honorable John J. Tharp, Jr. |
| KING P. COLES, II, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ATKORE, INC., WILLIAM E. WALTZ, DAVID P. JOHNSON, and JOHN M. DEITZER, <br><br> Defendants. | Case No. 1:25-cv-02686 <br><br> Honorable John F. Kness |

**ORDER APPOINTING NYKREDIT PORTEFØLJE ADMINISTRATION A/S AS LEAD PLAINTIFF, APPROVING ITS SELECTION OF LEAD COUNSEL, AND CONSOLIDATING RELATED ACTIONS**

Upon consideration of: (i) the Motion of Nykredit Portefølje Administration A/S ("Nykredit") for Appointment as Lead Plaintiff, Approval of its Selection of Lead Counsel, and Consolidation of Related Actions; (ii) the Memorandum of Law in support thereof; (iii) the Declaration of Avi Josefson; and (iv) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1. Nykredit's Motion is **GRANTED**.

2. Nykredit is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated pursuant to paragraphs 4 and 5 of this Order.

3. Nykredit's selection of Lead Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP is **APPOINTED** as Lead Counsel for the Class.

4. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"), *Coles v. Atkore, Inc.*, No. 1:25-cv-02686 (N.D. Ill.) is consolidated with *Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund v. Atkore Inc.*, No. 1:25-cv-01851 (N.D. Ill.) (collectively, the "Consolidated Action"). Upon transfer of *Coles v. Atkore, Inc.*, No. 1:25-cv-02686, to this Court's docket, the Clerk is directed to terminate the *Coles* case administratively.

5. Pursuant to Rule 42(a), any subsequently filed, removed, or transferred actions that are related to the claims asserted in the Consolidated Action are **CONSOLIDATED** for all purposes, except that *Blatzer v. Waltz et al.*, No. 1:25-cv-2833 (N.D. Ill.) shall not be consolidated with these cases.

6. The Consolidated Action shall be recaptioned "*In re Atkore Inc. Securities Litigation*," and the file shall be maintained under Master File No. 1:25-cv-01851.

**IT IS SO ORDERED**.

Dated: May 30, 2025

John J. Tharp, Jr.
United States District Judge