**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Westchester Putnam Counties Heavy & Highway
Laborers Local 60 Benefits Fund

                                                 Plaintiff,

v.                                              Case No.:
                                              1:25–cv–01851
                                              Honorable John J.
                                              Tharp Jr.

Atkore, Inc., et al.

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2025:

        MINUTE entry before the Honorable John J. Tharp, Jr:The motions for leave to appear pro hac vice [41] [42] [43] are granted. Attorneys Adam Wierzbowski, Alexander Noble, and Matthew Goldstein are directed to file appearances on behalf of Nykredit Porteflje Administration A/S. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.