**UNITED STATES DISTRICT COURT**
**NOTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS LOCAL 60 BENEFITS FUND, Individually and on behalf of all others similarly situated, | Case No.: 1:25-cv-01851 |
| Plaintiff, | Hon. John J. Tharp, Jr. |
| v. | CLASS ACTION |
| ATKORE INC., WILLIAM E. WALTZ JR., JOHN M. DEITZER, and DAVID P. JOHNSON, | |
| Defendants. | |
| LR TRUST, | Case No.: 1:25-cv-8009 |
| Plaintiff, | Hon. Matthew F. Kennelly |
| v. | |
| WILLIAM E. WALTZ JR. *et al.*, | |
| Defendants. | |

**ORDER RE: REASSIGNMENT OF CASE AS RELATED**

Upon consideration of the Parties' Joint Motion for Reassignment of Case as Related, and for good cause showing, it is hereby **ORDERED**:

The Court **GRANTS** the Motion:

(a)    designating *LR Trust Et al.*, No. 1:25-cv-08009 ("the "Derivative Action") as related to the following action, which is ongoing before the Honorable John J. Tharp, Jr.: *Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund v. Atkore Inc.*, No. 1: 25-cv-01851; and

(b)    requesting the Executive Committee to reassign the Derivative Action to this Court.

**IT IS SO ORDERED.**

Date: June 20, 2020

John J. Tharp, Jr.
United States District Judge