**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS LOCAL 60 BENEFITS FUND, Individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>      v.<br><br>ATKORE INC., WILLIAM E. WALTZ JR., JOHN M. DEITZER, and DAVID P. JOHNSON,<br><br>              Defendants. | Case No.: 1:25-cv-01851<br><br>Hon. John J. Tharp, Jr.<br><br><u>CLASS ACTION</u> |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)**
**BY PLAINTIFF WESTCHESTER PUTNAM COUNTIES**
**HEAVY & HIGHWAY LABORERS LOCAL 60 BENEFITS FUND**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund hereby voluntarily dismisses all claims in *Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund v. Atkore Inc., et al.*, Case No. 1:25-cv-01851-JJT (the "Action"), without prejudice, as to all defendants. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

Dated: October 23, 2025

Respectfully submitted,

*/s/ Carol V. Gilden*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Carol V. Gilden (Bar No. 6185530)
200 S. Wacker Drive
Suite 2375
Chicago, IL 60606
Tel.: (312) 629-3737
Fax: (312) 357-0369
cgilden@cohenmilstein.com

*Liaison Counsel for Plaintiff Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund*

**SAXENA WHITE P.A.**
Marco A. Dueñas
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 631-3611
mduenas@saxenawhite.com

*Counsel for Plaintiff Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund*