**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

|   |   |
|---|---|
| IN RE ATKORE INC. SECURITIES LITIGATION | Case No. 1:25-cv-01851 |
|   | The Honorable John J. Tharp, Jr. |

**AGREED MOTION REGARDING PROPOSED AMENDMENT OF THE COURT'S
OCTOBER 24, 2025 SCHEDULING ORDER AND PAGE LIMITS FOR BRIEFING
DEFENDANTS' MOTION TO DISMISS**

Lead Plaintiff Nykredit Portefølje Administration A/S ("Plaintiff") and Defendants

Atkore Inc., Bill Waltz, David Johnson, John Deitzer, and John Pregenzer ("Defendants" and

together with Plaintiff, the "Parties"), present this agreed motion to the Court.

WHEREAS, on October 22, 2025, the Parties filed a jointly submitted stipulation and

proposed scheduling order to extend the deadlines for Plaintiff to file a First Amended Complaint

and for Defendants' answer(s) or motion(s) to dismiss (ECF No. 67);

WHEREAS, on October 24, 2025, the Court entered a minute entry granting the stipulation

and proposed scheduling order, pursuant to which (i) the Complaint was due on December 5, 2025;

(ii) Defendants' answers or motions to dismiss the Complaint are due on February 16, 2026;

(iii) Plaintiff's opposition is due on April 24, 2026; and (iv) Defendants' reply briefs in support of

their motion to dismiss are due on June 5, 2026 (ECF No. 69);

WHEREAS, on December 5, 2025, Plaintiff filed the First Amended Class Action

Complaint for Violations of the Federal Securities Laws (the "Complaint") (ECF No. 73);

WHEREAS, Defendants believe that a single omnibus motion to dismiss the Complaint

will conserve time and promote judicial economy;

WHEREAS, in light of the length and complexity of the Complaint, the Parties believe an expansion of the page limits for briefing on Defendants' omnibus motion to dismiss is necessary and appropriate;

WHEREAS, the Parties have conferred and agreed that Defendants may file a brief of up to 40 pages in support of their motion to dismiss, Plaintiff may file an opposition brief of up to 40 pages, and Defendants may file a reply brief of up to 25 pages;

WHEREAS, the Parties are requesting far fewer pages than they would otherwise be permitted under the Local Rules if each of the five Defendants filed separate motions to dismiss;

WHEREAS, under the current Scheduling Order, Defendants' deadline to file a motion to dismiss falls on February 16, 2026, which is a federal holiday;

WHEREAS, the Parties have conferred and agreed regarding a modest revision to the briefing schedule so that the deadline for the motion to dismiss falls on February 17, 2026, the next day on which federal courts are open;

NOW, THEREFORE, the Parties respectfully request that the Court grant this Joint Motion and enter an Order as follows:

1. Defendants shall file an omnibus motion to dismiss the Complaint of up to 40 pages, on or before February 17, 2026;

2. Plaintiff shall file a single opposition to Defendants' motion to dismiss of up to 40 pages, on or before April 24, 2026;

3. Defendants shall file any reply brief in further support of their motion to dismiss of up to 25 pages, on or before June 5, 2026.

Dated: February 6, 2026

Respectfully submitted,

/s/ *Adam H. Wierzbowski*_____
**BERNSTEIN LITOWITZ BERGER &**
**GROSSMANN LLP**
Adam H. Wierzbowski (pro hac vice)
Alexander M. Noble (pro hac vice)
Matthew S. Goldstein (pro hac vice)
1251 Avenue of the Americas, 44th Floor
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
adam@blbglaw.com
alexander.noble@blbglaw.com
matthew.goldstein@blbglaw.com

Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, IL 60601
Telephone: (312) 373-3800
Facsimile: (312) 794-7801
avi@blbglaw.com

*Lead Counsel for Lead Plaintiff Nykredit*
*Portefølje Administration A/S and Lead*
*Counsel for the Class*

/s/ *John M. Skakun III*_____
**SIDLEY AUSTIN LLP**
Kristen R. Seeger
John M. Skakun III
Heather Benzmiller Sultanian
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
kseeger@sidley.com
jskakun@sidley.com
hsultanian@sidley.com

*Counsel for Defendants*

3