**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE ATKORE, INC. SECURITIES LITIGATION | Case No. 1:24-cv-01851 |
| | Honorable John J. Tharp Jr. |

**DECLARATION OF ADAM WIERZBOWSKI IN SUPPORT OF LEAD PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

I, ADAM WIERZBOWSKI, hereby declare pursuant to 28 U.S.C. § 1746:

1.      I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP, and counsel for court-appointed Lead Plaintiff Nykredit Portefølje Administration A/S' ("Nykredit") in the above-captioned action. I am an attorney duly licensed to practice law in the State of New York, and I am admitted to practice *pro hac vice* before this Court.

2.      I submit this declaration in support of Lead Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss, filed contemporaneously with this Declaration, to place before the Court certain documents filed in the parallel civil antitrust action *In re PVC Pipe Antitrust Litigation*, 1:24-cv-07639 (N.D. Ill.).

3.      Attached hereto as Exhibit A is a true and correct copy of Letters Rogatory issued to the Superior Courts of Ontario, British Columbia and Québec, filed in *In re PVC Pipe Antitrust Litigation*, on March 31, 2026.

4.      Attached hereto as Exhibit B is a true and correct copy of the court's order, dated April 24, 2026, preliminarily approving the Direct Purchaser Plaintiffs' settlement with Westlake Corporation and Westlake Pipe & Fittings Corporation, filed in *In re PVC Pipe Antitrust Litigation*, on April 13, 2026.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   April 24, 2026              By:  /s/ *Adam Wierzbowski*
         New York, New York          Adam Wierzbowski