**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Plaintiff,

v.                                                            Case No.: 1:25−cv−01851
                                                              Honorable John J. Tharp Jr.

Atkore, Inc., et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 27, 2026:

      MINUTE entry before the Honorable John J. Tharp, Jr: Plaintiff's motion for leave to file document under seal [86] is granted. As such, plaintiff's unredacted version of the replacement exhibit [85], provisionally under seal pending order, is permitted to remain under seal. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.